No. 97–2051. Graff v. V & M Erectors, Inc. C. A. 11th Cir. Certiorari denied.

No. 97–2052. Petroleum Helicopters, Inc. v. Buras. Ct. App. La., 4th Cir. Certiorari denied.

No. 97–2053. Wolkowitz, Trustee, et al. v. Shearson Lehman Brothers, Inc. C. A. 9th Cir. Certiorari denied.

No. 97–2054. Palm Beach Soil and Water Conservation District v. Bledsoe. C. A. 11th Cir. Certiorari denied.

No. 97–2055. Barker v. Bank One, Lexington, N. A., et al. C. A. 6th Cir. Certiorari denied.

No. 97–2056. Satterfield v. Wal-Mart Stores, Inc. C. A. 5th Cir. Certiorari denied.

No. 97–2058. Congress of California Seniors et al. v. Quackenbush, Insurance Commissioner of California, et al. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 97–2059. National Association for the Advancement of Colored People, Minneapolis Branch, et al. v. Metropolitan Council. C. A. 8th Cir. Certiorari denied.

No. 97–2060. Gaddis v. Gaddis. Ct. App. Ariz. Certiorari denied.

No. 97–2061. Bell, Trustee for Bell Land Trust v. City of Virginia Beach. Sup. Ct. Va. Certiorari denied.

No. 97–2062. Impressa Perosa, S. R. L. v. Buti et al. C. A. 2d Cir. Certiorari denied.

No. 97–2064. Textile Productions, Inc. v. Mead Corp. et al. C. A. Fed. Cir. Certiorari denied.

No. 97–2065. Carroll v. Black et al. Ct. App. Tex., 10th Dist. Certiorari denied.